# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 9 MAL 2015

                Respondent

                     : Petition for Allowance of Appeal from the
: Order of the Superior Court

         v.

TYUAN SIMON,

                Petitioner

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 13th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.